LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

April 7, 2026

Hon. Kenneth M. Karas
United States District Court
Quarropas Street
White Plains, NY
via ECF

Re: United States v. Daquan Cueto
22 Cr. 640 (KMK)

Your Honor:

I write to make a request regarding designation. Recognizing that Court can only recommend designation, I request that the Court recommend that the BOP designate Daquan to a federal facility as close to Syracuse, N.Y. as possible to facilitate family visitation.

Respectfully,
*Lisa Scolari*
Lisa Scolari

This request will be noted in the Judgment.

SO ORDERED:

HON. KENNETH M. KARAS
4/7/26